IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, et. al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) No. |
| | ) |
| PARKLAND ENVIRONMENTAL GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.*, furnished the following in compliance with Standing Order CDIL of this Court.

a) Central Laborers' Pension Fund, Central Laborers' Welfare Fund, Central Laborers' Annuity Fund, Illinois Laborers' Training Trust Fund, Northern Illinois Laborers' Annuity Fund, Northern Illinois and Iowa Laborers' Health and Welfare Trust, North Central Illinois Laborers' District Council, Southern Illinois Laborers' District Council, Central Illinois Builders Industry Advancement Fund, Central Illinois Laborers' District Council, West Central Illinois Building and Construction Trades Council, Tri-County Construction–Labor Management Council, Laborers' of Illinois Vacation Fund, Southern Illinois Laborers' and Employers' Health, Welfare and Annuity Fund, South western Illinois Laborers' Annuity Fund, Laborers'–Employers' Cooperative Education Trust (LECET), Laborers' Political League, Foundation For Fair Contracting, and Laborers' Local #477.

b) Not applicable.

c) CAVANAGH & O'HARA
William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara
James P. Moody
John T. Long
Britt W. Sowle
John A. Wolters

DATED this 2nd day of February 2007.

                                                  s/ John T. Long
                                                  JOHN T. LONG

**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL 62705
Telephone (217) 544-1771
Fax (217) 544-9894
johnlong@cavanagh-ohara.com

F:\files\CENTRAL\Parkland Env. Group\Cert.Interest.wpd