AO 440 (Rev. 10/93) Summons in a Civil Action
3:07-cv-03039-JES-CHE    # 3    Page 1 of 2
E-FILED
Tuesday, 06 February, 2007  08:07:39 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS

CENTRAL LABORERS' PENSION FUND, et al.,
    Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

CENTRAL ILLINOIS CONSTRUCTION, INC.,
    Defendant.

TO: (Name and address of defendant)   *PERSONAL SERVICE ONLY*

    James L. Hafele, Registered Agent
    Central Illinois Construction, Inc.
    301 S. W. Adams Street, Suite 700
    Peoria, IL  61602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    John T. Long
    CAVANAGH & O'HARA
    407 E. Adams Street
    P. O. Box 5043
    Springfield, IL  62705
    (217) 544-1771

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other *(specify)*: _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　Date　　　　　　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Address of Server

---

(1)　As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.