

# COUNTY OF PEORIA - OFFICE OF THE SHERIFF

**RECEIVED**

**E-FILED**
Thursday, 05 April, 2007 09:16:27 AM
Clerk, U.S. District Court, ILCD

APR 0 4 2007

## Michael D. McCoy

| 324 MAIN STREET | ROOM B-20 | PEORIA COUNTY COURTHOUSE | PEORIA, ILLINOIS 61602-1374 | (309)672-6040 |

### PERSONAL

### RETURN OF SERVICE

STATE OF ILLINOIS - COUNTY OF PEORIA    CASE # 07-OO-03039    0701352

I HAVE THIS 02ND DAY OF APRIL   , 2007, SERVED/EXECUTED THE WITHIN COURT DOCUMENTS THEREOF WITH ANY ATTACHED SUMMONS, COMPLAINT, JUDGEMENT, AND/OR PETITION UPON HAFELE, JAMES         ON BEHALF OF:
CENTRAL LABORERS PENSION    , PERSONALLY IN PEORIA COUNTY, ILLINOIS.

PERSON SERVED  : SEX M  RACE W  AGE 062  TIME 10:36:   DATE 04/02/2007
PLACE OF SERVICE: 301    SW ADAMS #700        PEORIA      , IL 61602
SERVICE FEE DUE :  $16.83
MICHAEL D. MC COY         BY:    442        WEITKAMP, JIMMY
SHERIFF OF PEORIA COUNTY

OFFICER : _____ **SIGNATURE REDACTED**

SENT COPY: _____

### SERVICE HISTORY

4/02/2007 04:19 PM 442  SERVED
    *SERVICE COMPLETE*
4/02/2007 09:22 AM 442  UNABLE TO CONTACT
    UNABLE TO CONTACT
3/13/2007 02:56 PM 0409 UNABLE TO CONTACT
    NOT IN TODAY
3/08/2007 10:00 AM 0409 UNABLE TO CONTACT
    ON VACATION UNTIL 3-12-07
3/01/2007 11:33 AM 0456 UNABLE TO CONTACT
    UNABLE TO CONTACT