**E-FILED**
Friday, 13 April, 2007  11:55:06 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL ) | |
| LABORERS' WELFARE FUND, CENTRAL ) | |
| LABORERS' ANNUITY FUND, ILLINOIS LABORERS' ) | |
| TRAINING TRUST FUND, NORTHERN ILLINOIS ) | |
| LABORERS' ANNUITY FUND, NORTHERN ILLINOIS ) | |
| AND IOWA LABORERS' HEALTH AND WELFARE ) | |
| TRUST, NORTH CENTRAL ILLINOIS LABORERS' ) | |
| DISTRICT COUNCIL, SOUTHERN ILLINOIS ) | |
| LABORERS' DISTRICT COUNCIL, CENTRAL ) | |
| ILLINOIS BUILDERS INDUSTRY ADVANCEMENT ) | |
| FUND, CENTRAL ILLINOIS LABORERS' DISTRICT ) | |
| COUNCIL, WEST CENTRAL ILLINOIS BUILDING ) | |
| AND CONSTRUCTION TRADES COUNCIL, ) | |
| TRI-COUNTY CONSTRUCTION–LABOR ) | |
| MANAGEMENT COUNCIL, LABORERS' OF ) | |
| ILLINOIS VACATION FUND, SOUTHERN ILLINOIS ) | |
| LABORERS' AND EMPLOYER' HEALTH, WELFARE ) | |
| AND ANNUITY FUND, SOUTHWESTERN ILLINOIS ) | |
| LABORERS' ANNUITY FUND, LABORERS'– ) | |
| EMPLOYERS' COOPERATIVE EDUCATION TRUST ) | |
| (LECET), LABORERS' POLITICAL LEAGUE, ) | |
| FOUNDATION FOR FAIR CONTRACTING, and ) | |
| LABORERS' LOCAL #165, #477 and #996 FUNDS, ) | |

Plaintiffs,

vs.                                                                    No.  07-3039

CENTRAL ILLINOIS CONSTRUCTION, INC.,

Defendant.

## **FIRST AMENDED COMPLAINT**

NOW COME Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.*, by and through

its attorneys, Cavanagh & O'Hara, complaining of the Defendant, CENTRAL ILLINOIS

CONSTRUCTION, INC., and allege as follows:

1

1.     This action arises under the Employee Retirement Income Security Act of 1974 (ERISA), as amended, 29 U.S.C. § 1145, and the Labor Management Relations Act, as amended, 29 U.S.C. 185(a).

2.     The Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.*, are employee benefit funds administered pursuant to the terms and provisions of Agreements and Declarations of Trust creating said Funds and are required to be maintained and administered in accordance with the provisions of the Labor Management Relations Act of 1947, and ERISA (as amended), 29 U.S.C. §§1001 *et seq.*  The address and place of business of the Plaintiffs is Central Laborers' Pension, Welfare and Annuity Funds, Post Office Box 1267, Jacksonville, Illinois 62651-1267.

3.     The Central Laborers' Pension, Welfare and Annuity Funds are the collection agents for the other named Plaintiffs which are employee benefit funds, labor organizations, labor-management committees, and/or funds established pursuant to collective bargaining agreements between the Laborers' International Union of North America ("Union") and certain employer associations whose employees are covered by the collective bargaining agreements with the Union.

4.     That the Defendant is an Employer engaged in an industry within the meaning of ERISA, 29 U.S.C. §1002 (5), (11), (12) and (14).  Defendant employs individuals who are members of, and represented by Laborers' International Union of North America, and said individuals are participants in Plaintiffs' employee benefit funds, pursuant to Participation Agreements by and between Defendant and Plaintiffs.  Said Participation Agreements were previously attached as Exhibit A to the original Complaint.

5.     The Defendant's address is Peoria, Illinois 61602.

6.     Pursuant to ERISA, 29 U.S.C. §1145, the Defendant is required to make contributions

2

to Plaintiffs in accordance with the terms and conditions of the Agreements and Declarations of Trust. Plaintiffs' Agreements and Declarations of Trust, in pertinent part, were previously attached as Exhibits B, C, D, E and F to the original Complaint.

7.     Pursuant to the Trust Agreements, Plaintiffs are authorized and empowered to examine the payroll books and records of the Defendant to determine whether it is making full payment as required under such Agreements.

8.     That pursuant to such Participation Agreement and Agreements and Declarations of Trust, Plaintiffs have determined that Defendant owes Plaintiffs audit liabilities, liquidated damages and report form shortages for the period from January 1, 2003 through December 31, 2006, in the total amount of $14,903.38. A breakdown and the audit report are attached hereto and made a part hereof as **Exhibit A.**

9.     That pursuant to ERISA, 29 U.S.C. §1132(g)(2), and the Agreements and Declarations of Trust, the Defendant is liable for reasonable attorney fees.

10.     Attached hereto and incorporated herein as **Exhibit B** is the Affidavit of John T. Long in support of his request for attorney's fees incurred in the prosecution of this matter.

WHEREFORE, Plaintiffs pray as follows:

A.     That Judgment be entered in favor of Plaintiffs and against the Defendant for audit liabilities, liquidated damages and report form shortages for the period from January 1, 2003 through December 31, 2006, in the total amount of $14,903.38.

B.     That Defendant be specifically required to perform and continue to perform all its obligations to Plaintiffs, particularly to furnish to the Plaintiffs the required contribution reports and payments heretofore referred to, or in lieu thereof, a statement covering the period for which said

report is required that Defendant had no employees for whom contributions are required to be made;

C.     That Defendant be decreed to pay to the Plaintiffs its reasonable attorney's fees in the amount of $1,720.83 as provided by ERISA, 29 U.S.C. §1132(g)(2), and the respective Agreements and Declarations of Trusts of the Plaintiffs;

D.     That Plaintiffs be awarded such other and further relief as the Court deems just and equitable, all at Defendant's cost.

CENTRAL LABORERS' PENSION FUND, *et al.*, Plaintiffs,

By:     _____s/ John T. Long_____
JOHN T. LONG, *Lead Counsel*
**CAVANAGH & O'HARA**
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone (217) 544-1771
Fax (217) 544-9894
johnlong@cavanagh-ohara.com

JOHN A. WOLTERS
**CAVANAGH & O'HARA**
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone (217) 544-1771
Fax (217) 544-9894
johnwolters@cavanagh-ohara.com

4

## **PROOF OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 13th day of April 2007:

> James L. Hafele, Registered Agent
> Central Illinois Construction, Inc.
> 301 S.W. Adams, Suite 700
> Peoria, IL 61602

and that the original was filed with the Clerk of the Court in which said cause is pending.

CENTRAL LABORERS' PENSION FUND,
*et al.,* Plaintiffs,

_____s/ John T. Long_____
JOHN T. LONG
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL 62705
Telephone (217) 544-1771
Fax (217) 544-9894
johnlong@cavanagh-ohara.com

E-FILED
Friday, 13 April, 2007  11:55:31 AM
Clerk, U.S. District Court, ILCD

Revised March 26, 2007

Central IL Construction, Inc.
827 E. War Memorial Dr.
Peoria, IL  61616-7675

Audit Liabilities Due: (01/01/03-12/31/06)

| | | |
|---|---:|---:|
| Pension | $3,533.79 | |
| Annuity | 1,385.25 | |
| NC Welfare | 4,352.43 | |
| NI Welfare | 61.99 | |
| Training | 446.40 | |
| CIBIAF | 60.21 | |
| NC LECET | 147.14 | |
| NC MROC | 22.48 | |
| NC MRFFC | 46.30 | |
| NC LPL | 6.33 | |
| NC Mkt Pre | 480.76 | |
| Tri-Con | 11.24 | |
| WC BT | 28.10 | |
| NC Vacation | 606.60 | |
| NC Check Off | 26.71 | |
| Work Dues | 731.30 | |
| Sub Total | $11,947.03 | |
| Liquidated Damages | 1,194.70 | |
| Audit Cost | 731.25 | |
| Total | $13,872.98 | $13,872.98 |

Liquidated Damages Assessments:

| | | | |
|---|---|---:|---:|
| Jun-06 | Local 165 | $84.47 | |
| Jun-06 | Local 996 | 99.39 | |
| Jul-06 | Local 165 | 197.34 | |
| Jul-06 | Local 165 | 157.57 | |
| Jul-06 | Local 538 | 476.63 | |
| Total | | $1,015.40 | $1,015.40 |

Report Form Shortage:

| | | | |
|---|---|---:|---:|
| Mar-06 | Local 165 | $15.00 | |
| Total | | $15.00 | $15.00 |

| | |
|---|---:|
| Grand Total Due | $14,903.38 |



EXHIBIT
A

**STATEMENT OF ADDITIONAL
REPORTABLE HOURS DUE FOR
CENTRAL ILLINOIS CONSTRUCTION INC.
FOR THE PERIOD
JANUARY 1, 2003 TO DECEMBER 31, 2006**



RECEIVED

MAR 1 6 2007

# ROMOLO & ASSOCIATES

Certified Public Accountants

2428 N. North • Peoria, IL 61604
E-mail: admin@romolocpa.com • Phone 309.682.2001 • Fax 309.682.2045

## *Independent Accountants' Report On Applying Agreed-Upon Procedures*

To the Delinquency Committee
of Central Laborers' Pension,
Welfare and Annuity Funds
Jacksonville, Illinois

At your request we have applied certain agreed upon procedures specified by Central Laborers' Fringe Benefit
Funds as described in the attached supplement, to the selected payroll and related records of Central Illinois
Construction Inc. (the Employer) who has agreed to submit their records for the period January 1, 2003 to
December 31, 2006. These procedures were designed to determine if the data submitted by the Employer is in
compliance with the reporting provisions of the Central Laborers' Pension, Welfare and Annuity Funds Trust
Agreements. This engagement to apply agreed-upon procedures was performed in accordance with standards
established by the American Institute of Certified Public Accountants. The sufficiency of the procedures is
solely the responsibility of the specified users of the report. Consequently, we make no representation generally
regarding the sufficiency of the procedures described in the attached supplement either for the purpose for
which this report has been requested or for any other purpose.

Because the procedures described in the supplement do not constitute an audit made in accordance with
generally accepted auditing standards, we do not express an opinion on any of the accounts or items referred to
in this report.

In connection with the above procedures, certain matters came to our attention that caused us to believe that
additional Employer contributions, as shown in the summary of amounts due, were due to the Funds in the
amount of $11,947.03.

Had we performed additional procedures or had we performed an audit of the financial statements in accordance
with generally accepted auditing standards, other matters might have come to our attention that would have
been reported to you. This report relates only to the items specified above and does not extend to any financial
statements of the Employer taken as a whole.

This report is intended solely for the information of the Employer and the Central Laborers' Pension, Welfare
and Annuity Funds and should not be used by those who have not agreed to the procedures and taken
responsibility for the sufficiency of the procedures for their purposes.

SIGNATURE
REDACTED

Romolo & Associates
Certified Public Accountants
March 9, 2007

## SUPPLEMENT FOR AGREED UPON PROCEDURES

1. Obtained a basic understanding of the Employer's payroll and fringe benefit reporting system.

2. Obtained access to some or all of the following accounting records from the Employer:

   * Payroll registers
   * Individual earnings records
   * State unemployment tax Forms, UC-3s
   * Federal payroll tax Forms 941s, 940s, and/or W-2s
   * Other trades fringe benefit reports
   * The monthly remittance reports for your Fund

3. To determine that we were provided with the entire payroll we performed the following procedure:

   * Agreed gross wages per the Employer's payroll records to its payroll tax returns on a test basis.

4. In order to determine that all hours for covered work were properly reported to the Funds we performed the following procedures on a test basis for some or all of the employees:

   * Determined classifications of employees and union affiliation.
   * Compared hours worked by covered employees to the hours reported on the Employer's monthly remittance reports.
   * Reported all hours, if applicable, as due for any employee whose occupation could not be determined.

5. Reviewed findings with the Employer Representative at the conclusion of our procedures and discussed possible delinquencies.

**Central IL Construction Inc.**

**TOTAL SUMMARY OF AMOUNTS DUE**

| | January 1, 2003 | To | December 31, 2006 | | | |
|---|---|---|---|---|---|---|
| | | 2003 | 2004 | 2005 | 2006 | TOTAL |
| PENSION | | | | | $ 3,533.79 | $ 3,533.79 |
| WELFARE NC | | | | | $ 4,352.43 | $ 4,352.43 |
| ANNUITY | | | | | $ 1,385.25 | $ 1,385.25 |
| TRAINING | | | | | $ 446.40 | $ 446.40 |
| LECET NC | | | | | $ 147.14 | $ 147.14 |
| MROC NC | | | | | $ 22.48 | $ 22.48 |
| MKTPRES NC | | | | | $ 480.76 | $ 480.76 |
| TRICON | | | | | $ 11.24 | $ 11.24 |
| WCBT | | | | | $ 28.10 | $ 28.10 |
| CHECKOFF NC | | | | | $ 26.71 | $ 26.71 |
| WORK DUES | | | | | $ 731.30 | $ 731.30 |
| WELFARE NI | | | | | $ 61.99 | $ 61.99 |
| MRFFC NC | | | | | $ 46.30 | $ 46.30 |
| CIBIAF | | | | | $ 60.21 | $ 60.21 |
| LPL NC | | | | | $ 6.33 | $ 6.33 |
| VACATION NC | | | | | $ 606.60 | $ 606.60 |
| | | | | | | |
| TOTAL DUE | | | | | $ 11,947.03 | $ 11,947.03 |

**Central IL Construction Inc.**

**SUMMARY OF AMOUNTS DUE - LOCAL 165**

January 1, 2003    To    December 31, 2006

| | 2003 | 2004 | 2005 | 2006 | TOTAL |
|---|---|---|---|---|---|
| PENSION | | | | $ 1,669.14 | $ 1,669.14 |
| WELFARE NC | | | | $ 1,643.86 | $ 1,643.86 |
| ANNUITY | | | | $ 701.49 | $ 701.49 |
| TRAINING | | | | $ 168.60 | $ 168.60 |
| LECET NC | | | | $ 73.06 | $ 73.06 |
| MROC NC | | | | $ 22.48 | $ 22.48 |
| MKTPRES NC | | | | $ 98.36 | $ 98.36 |
| TRICON | | | | $ 11.24 | $ 11.24 |
| WCBT | | | | $ 28.10 | $ 28.10 |
| CHECKOFF NC | | | | $ 14.06 | $ 14.06 |
| WORK DUES | | | | $ 249.70 | $ 249.70 |
| WELFARE NI | | | | | |
| MRFFC NC | | | | | |
| CIBIAF | | | | | |
| LPL NC | | | | | |
| VACATION NC | | | | | |
| TOTAL DUE | | | | $ 4,680.09 | $ 4,680.09 |

# Central IL Construction Inc. CLPWAF
## Unreported Regular Hours
### For period 1/1/2006 - 12/31/2006
#### Local:  165

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLAYES,JOHN, | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 0.00 | 69.00 | 31.00 | 0.00 | 106.00 |
| COCHRAN,MATTHEW,T, | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17.50 | 0.00 | 0.00 | 0.00 | 0.00 | 17.50 |
| Phillps, Eric | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 88.50 | 34.00 | 35.00 | 0.00 | 0.00 | 157.50 |
| **Unreported Regular Hours** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 112.00 | 34.00 | 104.00 | 31.00 | 0.00 | 281.00 |
| **Amounts Due** | | | | | | | | | | | | | |
| PENSION | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $665.28 | $201.96 | $617.76 | $184.14 | $0.00 | $1,669.14 |
| WELFARE NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $655.21 | $198.90 | $808.40 | $181.35 | $0.00 | $1,843.86 |
| ANNUITY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $276.65 | $83.98 | $256.88 | $76.57 | $0.00 | $694.08 |
| TRAINING | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $67.20 | $20.40 | $62.40 | $18.60 | $0.00 | $168.60 |
| LECET NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $29.12 | $8.84 | $27.04 | $8.06 | $0.00 | $73.06 |
| MROC NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8.96 | $2.72 | $8.32 | $2.48 | $0.00 | $22.48 |
| MKTPRES NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $39.21 | $11.90 | $36.40 | $10.85 | $0.00 | $98.36 |
| TRICON | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.48 | $1.36 | $4.16 | $1.24 | $0.00 | $11.24 |
| WCBT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11.20 | $3.40 | $10.40 | $3.10 | $0.00 | $28.10 |
| BLDNG CHECKOFF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.61 | $1.70 | $5.20 | $1.55 | $0.00 | $14.06 |
| **Total Liability** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,762.92 | $535.16 | $1,636.96 | $487.94 | $0.00 | $4,422.98 |
| **Rates** | | | | | | | | | | | | | |
| PENSION | 0.000 | 0.000 | 0.000 | 0.000 | 5.940 | 5.940 | 5.940 | 5.940 | 5.940 | 5.940 | 5.940 | 5.940 | |
| WELFARE NC | 0.000 | 0.000 | 0.000 | 0.000 | 5.850 | 5.850 | 5.850 | 5.850 | 5.850 | 5.850 | 5.850 | 5.850 | |
| ANNUITY | 0.000 | 0.000 | 0.000 | 0.000 | 2.470 | 2.470 | 2.470 | 2.470 | 2.470 | 2.470 | 2.470 | 2.470 | |
| TRAINING | 0.000 | 0.000 | 0.000 | 0.000 | 0.600 | 0.600 | 0.600 | 0.600 | 0.600 | 0.600 | 0.600 | 0.600 | |
| LECET NC | 0.000 | 0.000 | 0.000 | 0.000 | 0.260 | 0.260 | 0.260 | 0.260 | 0.260 | 0.260 | 0.260 | 0.260 | |
| MROC NC | 0.000 | 0.000 | 0.000 | 0.000 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | |
| MKTPRES NC | 0.000 | 0.000 | 0.000 | 0.000 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | |
| TRICON | 0.000 | 0.000 | 0.000 | 0.000 | 0.040 | 0.040 | 0.040 | 0.040 | 0.040 | 0.040 | 0.040 | 0.040 | |
| WCBT | 0.000 | 0.000 | 0.000 | 0.000 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | |
| BLDNG CHECKOFF | 0.000 | 0.000 | 0.000 | 0.000 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | |

## Central IL Construction Inc. CLPWAF
### Unreported Overtime Hours
### For period 1/1/2006 - 12/31/2006
### Local: 165

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COCHRAN,MATTHEW,T. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.75 |
| Phillips, Eric | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.25 | 1.00 | 0.00 | 0.00 | 0.00 | 2.25 |
| Unreported Overtime Hours | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| **Amounts Due** | | | | | | | | | | | | | |
| PENSION | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| WELFARE NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ANNUITY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.94 | $2.47 | $0.00 | $0.00 | $0.00 | $7.41 |
| TRAINING | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LECET NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MROC NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MKTPRES NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRICON | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| WCBT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BLDNG CHECKOFF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Liability** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.94 | $2.47 | $0.00 | $0.00 | $0.00 | $7.41 |
| **Rates** | | | | | | | | | | | | | |
| PENSION | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| WELFARE NC | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| ANNUITY | 0.000 | 0.000 | 0.000 | 0.000 | 2.470 | 2.470 | 2.470 | 2.470 | 2.470 | 2.470 | 2.470 | 2.470 | |
| TRAINING | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| LECET NC | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| MROC NC | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| MKTPRES NC | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| TRICON | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| WCBT | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| BLDNG CHECKOFF | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |

## Central IL Construction Inc. CLPWAF
### Unreported Gross Wages
### For period 1/1/2006 - 12/31/2006

#### Local: 165

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CLAYES,JOHN,** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $131.88 | $0.00 | $1,516.82 | $681.38 | $0.00 | $2,329.88 |
| **COCHRAN,MATTHEW,T,** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $401.14 | $0.00 | $0.00 | $0.00 | $0.00 | $401.14 |
| **Phillips, Eric** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,972.71 | $769.30 | $769.30 | $0.00 | $0.00 | $3,511.31 |
| **Unreported Total Gross Wage** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,505.73 | $769.30 | $2,285.92 | $681.38 | $0.00 | $6,242.33 |
| **Amounts Due** | | | | | | | | | | | | | |
| **Working Dues** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $100.24 | $30.77 | $91.43 | $27.26 | $0.00 | $249.70 |
| **Total Liability** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $100.24 | $30.77 | $91.43 | $27.26 | $0.00 | $249.70 |
| **Rates** | | | | | | | | | | | | | |
| **Working Dues** | 0.00% | 0.00% | 0.00% | 0.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | |

| Central IL Construction Inc. | | | | | | |
|---|---|---|---|---|---|---|
| SUMMARY OF AMOUNTS DUE - LOCAL 538 | | | | | | |
| January 1, 2003 | To | December 31, 2006 | | | | |
| | 2003 | 2004 | 2005 | 2006 | | TOTAL |
| PENSION | | | | $ | 518.65 | $ 518.65 |
| WELFARE NC | | | | $ | 740.03 | $ 740.03 |
| ANNUITY | | | | $ | 263.12 | $ 263.12 |
| TRAINING | | | | $ | 75.90 | $ 75.90 |
| LECET NC | | | | $ | 20.24 | $ 20.24 |
| MROC NC | | | | | | |
| MKTPRES NC | | | | $ | 18.98 | $ 18.98 |
| TRICON | | | | | | |
| WCBT | | | | $ | 12.65 | $ 12.65 |
| CHECKOFF NC | | | | $ | 156.62 | $ 156.62 |
| WORK DUES | | | | $ | 61.99 | $ 61.99 |
| WELFARE NI | | | | $ | 12.65 | $ 12.65 |
| MRFFC NC | | | | $ | 16.45 | $ 16.45 |
| CIBIAF | | | | $ | 6.33 | $ 6.33 |
| LPL NC | | | | $ | 185.96 | $ 185.96 |
| VACATION NC | | | | | | |
| TOTAL DUE | | | | $ | 2,089.57 | $ 2,089.57 |

# Central IL Construction Inc. CLPWAF
## Unreported Regular Hours
### For period 1/1/2006 - 12/31/2006
#### Local: 538

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CLAYES,JOHN,** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52.00 | 8.00 | 2.50 | 58.00 | 0.00 | 120.50 |
| **Phillips, Eric** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| **Unreported Regular Hours** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 58.00 | 8.00 | 2.50 | 58.00 | 0.00 | 126.50 |
| **Amounts Due** | | | | | | | | | | | | | |
| PENSION | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $237.80 | $32.80 | $10.25 | $237.80 | $0.00 | $518.65 |
| WELFARE NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $339.30 | $46.80 | $14.63 | $339.30 | $0.00 | $740.03 |
| WELFARE NI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $28.42 | $3.92 | $1.23 | $28.42 | $0.00 | $61.99 |
| ANNUITY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $120.64 | $16.64 | $5.20 | $120.64 | $0.00 | $283.12 |
| TRAINING | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $34.80 | $4.80 | $1.50 | $34.80 | $0.00 | $75.90 |
| LECET NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9.28 | $1.28 | $0.40 | $9.28 | $0.00 | $20.24 |
| MRFFC NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.80 | $0.80 | $0.25 | $5.80 | $0.00 | $12.65 |
| CIBIAF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.54 | $1.04 | $0.33 | $7.54 | $0.00 | $16.45 |
| LPL NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.90 | $0.40 | $0.13 | $2.90 | $0.00 | $6.33 |
| MKTPRES NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8.70 | $1.20 | $0.38 | $8.70 | $0.00 | $18.98 |
| CHECK OFF NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.80 | $0.80 | $0.25 | $5.80 | $0.00 | $12.65 |
| VACATION NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $85.28 | $11.76 | $3.68 | $85.28 | $0.00 | $185.98 |
| **Total Liability** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $886.24 | $122.24 | $38.23 | $886.24 | $0.00 | $1,932.95 |
| **Rates** | | | | | | | | | | | | | |
| PENSION | 0.000 | 0.000 | 0.000 | 0.000 | 4.100 | 4.100 | 4.100 | 4.100 | 4.100 | 4.100 | 4.100 | 4.100 | |
| WELFARE NC | 0.000 | 0.000 | 0.000 | 0.000 | 5.850 | 5.850 | 5.850 | 5.850 | 5.850 | 5.850 | 5.850 | 5.850 | |
| WELFARE NI | 0.000 | 0.000 | 0.000 | 0.000 | 0.490 | 0.490 | 0.490 | 0.490 | 0.490 | 0.490 | 0.490 | 0.490 | |
| ANNUITY | 0.000 | 0.000 | 0.000 | 0.000 | 2.080 | 2.080 | 2.080 | 2.080 | 2.080 | 2.080 | 2.080 | 2.080 | |
| TRAINING | 0.000 | 0.000 | 0.000 | 0.000 | 0.600 | 0.600 | 0.600 | 0.600 | 0.600 | 0.600 | 0.600 | 0.600 | |
| LECET NC | 0.000 | 0.000 | 0.000 | 0.000 | 0.160 | 0.160 | 0.160 | 0.160 | 0.160 | 0.160 | 0.160 | 0.160 | |
| MRFFC NC | 0.000 | 0.000 | 0.000 | 0.000 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | |
| CIBIAF | 0.000 | 0.000 | 0.000 | 0.000 | 0.130 | 0.130 | 0.130 | 0.130 | 0.130 | 0.130 | 0.130 | 0.130 | |
| LPL NC | 0.000 | 0.000 | 0.000 | 0.000 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | |
| MKTPRES NC | 0.000 | 0.000 | 0.000 | 0.000 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | |
| CHECK OFF NC | 0.000 | 0.000 | 0.000 | 0.000 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | |
| VACATION NC | 0.000 | 0.000 | 0.000 | 0.000 | 1.470 | 1.470 | 1.470 | 1.470 | 1.470 | 1.470 | 1.470 | 1.470 | |

# Central IL Construction Inc. CLPWAF
## Unreported Gross Wages
### For period 1/1/2006 - 12/31/2006
#### Local: 538

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLAYES,JOHN, | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,170.52 | $180.08 | $56.28 | $1,305.58 | $0.00 | $2,712.46 |
| Phillips, Eric | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $135.06 | $0.00 | $0.00 | $0.00 | $0.00 | $135.06 |
| **Unreported Total Gross Wage** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,305.58 | $180.08 | $56.28 | $1,305.58 | $0.00 | $2,847.52 |
| **Amounts Due** | | | | | | | | | | | | | |
| Working Dues | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $71.81 | $9.90 | $3.10 | $71.81 | $0.00 | $156.62 |
| **Total Liability** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $71.81 | $9.90 | $3.10 | $71.81 | $0.00 | $156.62 |
| **Rates** | | | | | | | | | | | | | |
| Working Dues | 0.00% | 0.00% | 0.00% | 0.00% | 5.50% | 5.50% | 5.50% | 5.50% | 5.50% | 5.50% | 5.50% | 5.50% | |

**Central IL Construction Inc.**

**SUMMARY OF AMOUNTS DUE - LOCAL 996**

January 1, 2003   To   December 31, 2006

| | 2003 | 2004 | 2005 | 2006 | TOTAL |
|---|---|---|---|---|---|
| PENSION | | | | $ 1,346.00 | $ 1,346.00 |
| WELFARE NC | | | | $ 1,968.54 | $ 1,968.54 |
| ANNUITY | | | | $ 420.64 | $ 420.64 |
| TRAINING | | | | $ 201.90 | $ 201.90 |
| LECET NC | | | | $ 53.84 | $ 53.84 |
| MROC NC | | | | | |
| MKTPRES NC | | | | $ 363.42 | $ 363.42 |
| TRICON | | | | | |
| WCBT | | | | | |
| CHECKOFF NC | | | | | |
| WORK DUES | | | | $ 324.98 | $ 324.98 |
| WELFARE NI | | | | | |
| MRFFC NC | | | | $ 33.65 | $ 33.65 |
| CIBIAF | | | | $ 43.76 | $ 43.76 |
| LPL NC | | | | | |
| VACATION NC | | | | $ 420.64 | $ 420.64 |
| | | | | | |
| TOTAL DUE | | | | $ 5,177.37 | $ 5,177.37 |

## Central IL Construction Inc. CLPWAF
### Unreported Regular Hours
### For period 1/1/2006 - 12/31/2006
### Local: 996

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLAYES,JOHN, | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 114.50 | 56.00 | 37.50 | 16.00 | 0.00 | 224.00 |
| COCHRAN,MATTHEW,T, | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.00 |
| Phillips, Eric | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 49.00 | 52.50 | 0.00 | 0.00 | 0.00 | 101.50 |
| **Unreported Regular Hours** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 174.50 | 108.50 | 37.50 | 16.00 | 0.00 | 336.50 |
| **Amounts Due** | | | | | | | | | | | | | |
| PENSION | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $698.00 | $434.00 | $150.00 | $64.00 | $0.00 | $1,346.00 |
| WELFARE NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,020.83 | $634.73 | $219.38 | $93.60 | $0.00 | $1,968.54 |
| ANNUITY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $218.13 | $135.63 | $46.88 | $20.00 | $0.00 | $420.64 |
| TRAINING | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $104.70 | $65.10 | $22.50 | $9.60 | $0.00 | $201.90 |
| LECET NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27.92 | $17.36 | $6.00 | $2.56 | $0.00 | $53.84 |
| MRFFC NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17.46 | $10.85 | $3.75 | $1.60 | $0.00 | $33.65 |
| CIBIAF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $22.69 | $14.11 | $4.88 | $2.08 | $0.00 | $43.76 |
| MKTPRES NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $188.46 | $117.18 | $40.50 | $17.28 | $0.00 | $363.42 |
| VACATION NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $218.13 | $135.63 | $46.88 | $20.00 | $0.00 | $420.64 |
| **Total Liability** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,516.31 | $1,564.59 | $540.77 | $230.72 | $0.00 | $4,852.39 |
| **Rates** | | | | | | | | | | | | | |
| PENSION | 0.000 | 0.000 | 0.000 | 0.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | |
| WELFARE NC | 0.000 | 0.000 | 0.000 | 0.000 | 5.850 | 5.850 | 5.850 | 5.850 | 5.850 | 5.850 | 5.850 | 5.850 | |
| ANNUITY | 0.000 | 0.000 | 0.000 | 0.000 | 1.250 | 1.250 | 1.250 | 1.250 | 1.250 | 1.250 | 1.250 | 1.250 | |
| TRAINING | 0.000 | 0.000 | 0.000 | 0.000 | 0.600 | 0.600 | 0.600 | 0.600 | 0.600 | 0.600 | 0.600 | 0.600 | |
| LECET NC | 0.000 | 0.000 | 0.000 | 0.000 | 0.160 | 0.160 | 0.160 | 0.160 | 0.160 | 0.160 | 0.160 | 0.160 | |
| MRRFC NC | 0.000 | 0.000 | 0.000 | 0.000 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | |
| CIBIAF | 0.000 | 0.000 | 0.000 | 0.000 | 0.130 | 0.130 | 0.130 | 0.130 | 0.130 | 0.130 | 0.130 | 0.130 | |
| MKTPRES NC | 0.000 | 0.000 | 0.000 | 0.000 | 1.080 | 1.080 | 1.080 | 1.080 | 1.080 | 1.080 | 1.080 | 1.080 | |
| VACATION NC | 0.000 | 0.000 | 0.000 | 0.000 | 1.250 | 1.250 | 1.250 | 1.250 | 1.250 | 1.250 | 1.250 | 1.250 | |

# Central IL Construction Inc. CLPWAF
## Unreported Gross Wages
### For period 1/1/2006 - 12/31/2006
#### Local: 996

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLAYES,JOHN, | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,758.31 | $1,349.04 | $903.38 | $385.44 | $0.00 | $5,396.17 |
| COCHRAN,MATTHEW,T, | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $284.99 | $0.00 | $0.00 | $0.00 | $0.00 | $284.99 |
| Phillips, Eric | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,180.41 | $1,282.80 | $0.00 | $0.00 | $0.00 | $2,463.21 |
| Unreported Total Gross Wage | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,203.71 | $2,631.84 | $903.38 | $385.44 | $0.00 | $8,124.37 |
| Amounts Due | | | | | | | | | | | | | |
| Working Dues | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $168.15 | $105.27 | $36.14 | $15.42 | $0.00 | $324.98 |
| Total Liability | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $168.15 | $105.27 | $36.14 | $15.42 | $0.00 | $324.98 |
| Rates | | | | | | | | | | | | | |
| Working Dues | 0.00% | 0.00% | 0.00% | 0.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | 4.00% | |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL LABORERS' PENSION FUND, et. al.     )
                                            )
                    Plaintiffs,             )
                                            )
        vs.                                 )   No.
                                            )
CENTRAL ILLINOIS CONSTRUCTION, INC.,        )
                                            )
                    Defendant.              )

## **AFFIDAVIT IN SUPPORT OF ATTORNEY FEES**

JOHN T. LONG, having first been duly sworn on oath, states that the following itemization

accurately represents the time and costs expended by this office in this cause:

| DATE | DESCRIPTION | HOURS |
|------|-------------|-------|
| 12/27/06 | Received and reviewed letter from Fund Office. | .10 |
| 12/27/06 | Received and reviewed correspondence from Fund Office; addition to Delinquency Status Report; open file. | .30 |
| 12/28/06 | Preparation of demand letter via certified and regular mail; calendar response. | .70 |
| 01/16/07 | Research Secretary of State for corporate information; preparation of Complaint, Civil Cover Sheet; Certificate of Interest and Summons; assemble exhibits. | 1.50 |
| | Preparation of Affidavit in Support of Attorney Fees. | .25 |
| | Telephone conference with Peoria County Sheriff's Department regarding service fee. | .10 |
| 02/01/07 | Final review of Complaint with exhibits, Civil Cover Sheet, Certificate of Interest, Summons. | .40 |
| 02/02/07 | Revise and finalize Complaint, Summons, Certificate of Interest, Civil Cover Sheet; assembly of full Complaint with exhibits; Email to U.S. District Court for opening of new case. | 1.00 |
| 04/11/07 | Preparation of First Amended Complaint; assemble exhibit. | 1.45 |



**EXHIBIT**
B

| | | |
|---|---|---|
| 04/12/07 | Revise Affidavit of Attorney Fees; revise First Amended Complaint; update Delinquency Status Report. | .60 |
| 04/13/07 | Revise, conversion and e-file First Amended Complaint with exhibits. | .60 |

TOTAL HOURS 1.10 X $185.00 PER HOUR          $203.50
TOTAL HOURS 5.90 X $195.00 PER HOUR          $1,150.50

U.S. District Court - Filing Fee               $350.00

Peoria County Sheriff's Department - Service Fee     $16.83

**TOTAL FEES AND COSTS**                       **$1,720.83**

FURTHER THIS AFFIANT SAYETH NAUGHT.

_s/ John T. Long_

JOHN T. LONG

**CAVANAGH & O'HARA**

407 East Adams

P. O. Box 5043

Springfield, IL 62705

Telephone (217) 544-1771

Fax (217) 544-9894

johnlong@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 12th day of April 2007.

SIGNATURE
REDACTED

Notary Public

*"OFFICIAL SEAL"*
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010

F:\files\CENTRAL\Central IL Const\A-Fee.1st.Amd.Comp.wpd