E-FILED
Friday, 22 June, 2007 04:50:30 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS

CENTRAL LABORERS' PENSION FUND, et al.,
   Plaintiffs,

ALIAS

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 07-3039

CENTRAL ILLINOIS CONSTRUCTION, INC.,
   Defendant.

TO: (Name and address of defendant)    ***PERSONAL SERVICE ONLY***

   James L. Hafele, Registered Agent
   Central Illinois Construction, Inc.
   301 S. W. Adams Street, Suite 700
   Peoria, IL 61602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

   John T. Long
   CAVANAGH & O'HARA
   407 E. Adams Street
   P. O. Box 5043
   Springfield, IL 62705
   (217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| s/John M. Waters | June 21, 2007 |
|---|---|
| CLERK | DATE |

s/M. Stewart
(BY) DEPUTY CLERK