IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CENTRAL ILLINOIS CONSTRUCTION, INC., <br><br> Defendant. | No. 07-3039 |

NOTICE OF APPEARANCE OF ATTORNEY

    CHARLES G. ROTH, JAMES W. SPRINGER, and JAMES L. HAFELE hereby enters the appearance of CENTRAL ILLINOIS CONSTRUCTIONS, INC. as Defendant in the above entitled cause and KAVANAGH, SCULLY, SUDOW, WHITE & FREDERICK, P.C. as attorneys therein.

                        KAVANAGH, SCULLY, SUDOW,
                        WHITE & FREDERICK, P.C.


                         s/Charles G. Roth
                        Charles G. Roth


**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: John T. Long, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.


                        s/Charles G. Roth