E-FILED
Monday, 23 July, 2007 01:42:34 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS

CENTRAL LABORERS' PENSION FUND, et al.,
   Plaintiffs,

V.

CENTRAL ILLINOIS CONSTRUCTION, INC.,
   Defendant.

ALIAS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-3039

TO: (Name and address of defendant)  *PERSONAL SERVICE ONLY*

James L. Hafele, Registered Agent
Central Illinois Construction, Inc.
301 S. W. Adams Street, Suite 700
Peoria, IL 61602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John T. Long
CAVANAGH & O'HARA
407 E. Adams Street
P. O. Box 5043
Springfield, IL 62705
(217) 544-1771

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Signatures redacted

CLERK

(BY) DEPUTY CLERK

DATE June 21, 2007

# COUNTY OF PEORIA - OFFICE OF THE SHERIFF

# Michael D. McCoy



| 324 MAIN STREET | ROOM B-20 | PEORIA COUNTY COURTHOUSE | PEORIA, ILLINOIS 61602-1374 | (309)672-6040 |

### PERSONAL

### RETURN OF SERVICE

STATE OF ILLINOIS - COUNTY OF PEORIA    CASE # 07-00-03039    0705627

I HAVE THIS 18TH DAY OF JULY    , 2007, SERVED/EXECUTED THE WITHIN COURT DOCUMENTS THEREOF WITH ANY ATTACHED SUMMONS, COMPLAINT, JUDGEMENT, AND/OR PETITION UPON HAFELE, JAMES      ON BEHALF OF:
CENTRAL LABORERS      , PERSONALLY IN PEORIA COUNTY, ILLINOIS.

PERSON SERVED  : SEX M  RACE W  AGE     TIME 11:25:  DATE 07/18/2007
PLACE OF SERVICE: 301    SW ADAMS #700      PEORIA        , IL 61602
SERVICE FEE DUE : $16.83
MICHAEL D. MC COY         BY:    0409       HESS, JULIE
SHERIFF OF PEORIA COUNTY

OFFICER _____ Signature redacted

SENT COPY: _____

### SERVICE HISTORY

7/19/2007 01:39 PM 0409 SERVED
    *SERVICE COMPLETE*