AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__CENTRAL__ DISTRICT OF __ILLINOIS__

CENTRAL LABORERS' PENSION FUND, et al.,
    Plaintiffs,
v.
CENTRAL ILLINOIS CONSTRUCTION, INC.,
    Defendants.

**APPEARANCE**

Case Number: 07-3039

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs, CENTRAL LABORERS' PENSION FUND, et al.,

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 07/27/07 | s/ John A. Wolters |
| Date | Signature |
| | John A. Wolters     6270842 |
| | Print Name     Bar Number |
| | 407 East Adams Street, P. O. Box 5043 |
| | Address |
| | Springfield    IL    62705 |
| | City    State    Zip Code |
| | (217) 544-1771     (217) 544-9894 |
| | Phone Number     Fax Number |

## **PROOF OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 27th day of July 2007:

    James L. Hafele, Registered Agent
    Central Illinois Construction, Inc.
    301 S.W. Adams, Suite 700
    Peoria, IL 61602

and that the original was filed with the Clerk of the Court in which said cause is pending.

CENTRAL LABORERS' PENSION FUND, *et al.,* Plaintiffs,

s/ John A. Wolters
JOHN A. WOLTERS
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL 62705
Telephone (217) 544-1771
Fax (217) 544-9894
johnwolters@cavanagh-ohara.com