E-FILED
Thursday, 20 September, 2007  02:01:06 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, ILLINOIS LABORERS' TRAINING TRUST FUND, NORTHERN ILLINOIS' LABORERS' ANNUITY FUND, NORTHERN ILLINOIS AND IOWA LABORERS' HEALTH AND WELFARE TRUST, NORTH CENTRAL ILLINOIS LABORERS' DISTRICT COUNCIL, SOUTHERN ILLINOIS LABORERS' DISTRICT COUNCIL, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, CENTRAL ILLINOIS LABORERS' DISTRICT COUNCIL, WEST CENTRAL ILLINOIS BUILDING AND CONSTRUCTION TRADES COUNCIL, TRI-COUNTY CONSTRUCTION-LABOR MANAGEMENT COUNCIL, LABORERS' OF ILLINOIS VACATION FUND, SOUTHERN ILLINOIS LABORERS' A;ND EMPLOYER' HEALTH, WELFARE AND ANNUITY FUND, SOUTHWESTERN ILLINOIS LABORERS' ANNUITY FUND, LABORERS'-EMPLOYERS' COOPERATIVE EDUCATION TRUST (LECET), LABORERS' POLITICAL LEAGUE, FOUNDATION FOR FAIR CONTRACTING, and LABORERS' LOCAL #165, #477, and #966 FUNDS,<br><br>    Plaintiffs,<br><br>vs. | No.  07-3039 |

CENTRAL ILLINOIS CONSTRUCTION, INC.,

      Defendant.

## STATUS REPORT

      NOW COMES CENTRAL ILLINOIS CONSTRUCTION, INC., (hereinafter "CIC") by and through its attorneys CHARLES G. ROTH, JAMES W. SPRINGER, and JAMES L. HAFELE and, for its status report on the filing of bankruptcy states as follows:

1. On September 19, 2007, CIC provided attorney Barasch with the documentation necessary for the filing of bankruptcy.

2. Attorney Barasch has been paid in full.

3. The Bankruptcy Petition should be filed with the Clerk within the next few days.

      KAVANAGH, SCULLY, SUDOW
      WHITE & FREDERICK, P.C.


      s/James L. Hafele
      James L. Hafele

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Britt W. Sowle, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

      s/James L. Hafele