IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL LABORERS' PENSION FUND, CENTRAL )
LABORERS' WELFARE FUND, CENTRAL )
LABORERS' ANNUITY FUND, ILLINOIS LABORERS' )
TRAINING TRUST FUND, NORTHERN ILLINOIS )
LABORERS' ANNUITY FUND, NORTHERN ILLINOIS )
AND IOWA LABORERS' HEALTH AND WELFARE )
TRUST, NORTH CENTRAL ILLINOIS LABORERS' )
DISTRICT COUNCIL, SOUTHERN ILLINOIS )
LABORERS' DISTRICT COUNCIL, CENTRAL )
ILLINOIS BUILDERS INDUSTRY ADVANCEMENT )
FUND, CENTRAL ILLINOIS LABORERS' DISTRICT )
COUNCIL, WEST CENTRAL ILLINOIS BUILDING )
AND CONSTRUCTION TRADES COUNCIL, )
TRI-COUNTY CONSTRUCTION–LABOR )
MANAGEMENT COUNCIL, LABORERS' OF )
ILLINOIS VACATION FUND, SOUTHERN ILLINOIS )
LABORERS' AND EMPLOYER' HEALTH, WELFARE )
AND ANNUITY FUND, SOUTHWESTERN ILLINOIS )
LABORERS' ANNUITY FUND, LABORERS'– )
EMPLOYERS' COOPERATIVE EDUCATION TRUST )
(LECET), LABORERS' POLITICAL LEAGUE, )
FOUNDATION FOR FAIR CONTRACTING, and )
LABORERS' LOCAL #165, #477 and #996 FUNDS, )
              )
          Plaintiffs,    )
              )
vs.              )   No.  07-3039
              )
CENTRAL ILLINOIS CONSTRUCTION, INC.,   )
              )
          Defendant.    )

**STATUS REPORT**

NOW COME Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.*, by and through its attorneys, Cavanagh & O'Hara, and for its Status Report states as follows:

1. Plaintiffs have a pending Amended Complaint before this Court.

2. On November 1, 2007, this Court issued a Text Order ordering Plaintiffs to file a Status Report with this Court if Defendant had not answered the Complaint as of November 13, 2007.

3. On October 31, 2007, Defendant filed for bankruptcy pursuant to Chapter 7 of the Bankruptcy Code.

4. Defendant's bankruptcy petition was filed in the U.S. Bankruptcy Court for the Central District of Illinois, Peoria division (Case No. 07-82451).

5. Pursuant to the Bankruptcy Code, this cause of action will be stayed unless Plaintiffs have grounds to move for relief from the stay.

Respectfully Submitted

CENTRAL LABORERS' PENSION FUND, *et al.*,
Plaintiffs,
By:   s/ John A. Wolters

JOHN A. WOLTERS
**CAVANAGH & O'HARA**
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone (217) 544-1771
Fax (217) 544-9894
johnwolters@cavanagh-ohara.com

**PROOF OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 13th day of April 2007:

  James L. Hafele, Registered Agent
  Central Illinois Construction, Inc.
  301 S.W. Adams, Suite 700
  Peoria, IL 61602

and that the original was filed with the Clerk of the Court in which said cause is pending.

              CENTRAL LABORERS' PENSION FUND,
              *et al.,* Plaintiffs,

               s/ John A. Wolters
               JOHN A. WOLTERS
               **CAVANAGH & O'HARA**
               407 East Adams
               P. O. Box 5043
               Springfield, IL 62705
               Telephone (217) 544-1771
               Fax (217) 544-9894
               johnwolters@cavanagh-ohara.com