E-FILED
Thursday, 12 June, 2008   10:31:30 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL LABORERS' PENSION FUND, CENTRAL )
LABORERS' WELFARE FUND, CENTRAL )
LABORERS' ANNUITY FUND, ILLINOIS LABORERS' )
TRAINING TRUST FUND, NORTHERN ILLINOIS )
LABORERS' ANNUITY FUND, NORTHERN ILLINOIS )
AND IOWA LABORERS' HEALTH AND WELFARE )
TRUST, NORTH CENTRAL ILLINOIS LABORERS' )
DISTRICT COUNCIL, SOUTHERN ILLINOIS )
LABORERS' DISTRICT COUNCIL, CENTRAL )
ILLINOIS BUILDERS INDUSTRY ADVANCEMENT )
FUND, CENTRAL ILLINOIS LABORERS' DISTRICT )
COUNCIL, WEST CENTRAL ILLINOIS BUILDING )
AND CONSTRUCTION TRADES COUNCIL, )
TRI-COUNTY CONSTRUCTION–LABOR )
MANAGEMENT COUNCIL, LABORERS' OF )
ILLINOIS VACATION FUND, SOUTHERN ILLINOIS )
LABORERS' AND EMPLOYER' HEALTH, WELFARE )
AND ANNUITY FUND, SOUTHWESTERN ILLINOIS )
LABORERS' ANNUITY FUND, LABORERS'– )
EMPLOYERS' COOPERATIVE EDUCATION TRUST )
(LECET), LABORERS' POLITICAL LEAGUE, )
FOUNDATION FOR FAIR CONTRACTING, and )
LABORERS' LOCAL #165, #477 and #996 FUNDS, )
    )
      Plaintiffs, )
    )
vs. ) No.  07-3039
    )
CENTRAL ILLINOIS CONSTRUCTION, INC., )
    )
      Defendant. )

**PLAINTIFFS' THIRD STATUS REPORT**

   NOW COME Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.*, by and through

its attorneys, Cavanagh & O'Hara, and, pursuant to the Court's Order of December 12, 2007, and

for its Response to said Order states as follows:

1

1. Plaintiffs have a pending Amended Complaint before this Court.

2. On October 31, 2007, Defendant filed for bankruptcy pursuant to Chapter 7 of the Bankruptcy Code. Defendant's bankruptcy petition was filed in the U.S. Bankruptcy Court for the Central District of Illinois, Peoria Division (Case No. 07-82451).

3. On December 12, 2007, this Court stayed all proceedings hereunder.

4. Defendant's bankruptcy case is ongoing and the last docket entry consisted of the Court's Notice of a Claim Date Expiration entered on May 1, 2008.

5. Therefore, the stay of all civil proceedings, including this case, can remain in effect.

Respectfully Submitted,

CENTRAL LABORERS' PENSION FUND, *et al.*,
Plaintiffs,
By:  s/ John A. Wolters

JOHN A. WOLTERS
**CAVANAGH & O'HARA**
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone (217) 544-1771
Fax (217) 544-9894
johnwolters@cavanagh-ohara.com

## CERTIFICATE OF SERVICE

      I certify on June 12, 2008, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Charles G. Roth
      Kavanagh Scully Sudow White & Frederick
      301 SW Adams Street, Suite 700
      Peoria, IL 61602-1574

      CENTRAL LABORERS' PENSION FUND,
      *et al.,* Plaintiffs,

          s/ John A. Wolters
      JOHN A. WOLTERS
      **CAVANAGH & O'HARA**
      407 East Adams
      P. O. Box 5043
      Springfield, IL 62705
      Telephone (217) 544-1771
      Fax (217) 544-9894
      johnwolters@cavanagh-ohara.com