E-FILED
Thursday, 17 December, 2009  02:35:34 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 07-3039 ) |
| CENTRAL ILLINOIS CONSTRUCTION, INC., | ) ) ) |
| Defendant. | ) ) |

## OPINION

This matter is before the Court on Plaintiffs' Motion for Default Judgment (d/e 20). Defendant's registered agent was personally served with the Amended Complaint (d/e 5) on July 18, 2007. Summons Returned Executed (d/e 8). The matter was stayed during the pendency of Defendant's Chapter 7 bankruptcy proceeding. That stay was lifted on July 23, 2009. Text Order, dated July 23, 2009. On October 13, 2009, Magistrate Judge Charles Evans entered an Order of Default (d/e 19) in Plaintiffs' favor and against Defendant. Plaintiffs then filed the instant Motion for Default Judgment and served it on Defendant's registered agent by U.S. Mail. By Text Order, dated November 16, 2009, the Court directed

1

Plaintiffs to serve the Motion for Default Judgment and the Motion for Default on Counsel of Record for Defendant, Charles Roth. Plaintiffs have done so. Certificate of Service (d/e 21). Defendant has nevertheless failed to appear to oppose the Motion for Default Judgment.

The Court, having reviewed the pending Motion and the record finds that an award of default judgment against Defendant Central Illinois Construction, Inc. is appropriate. Plaintiffs' Motion for Default Judgment (d/e 20) is ALLOWED as follows:

 A. Judgment is entered in favor of the Plaintiffs and against the Defendant for audit liabilities, liquidated damages and report form shortages for the period from January 1, 2003, through December 31, 2006, in the amount of $14,903.38;

 B. Defendant is ordered to pay to the Plaintiffs attorney fees in the amount of $5,179.16, as provided by the trust agreements and ERISA, 29 U.S.C. §1132(g)(2); and

 C. Defendant is ordered to pay all costs attendant to the cost of these proceedings.

All pending motions are denied as moot. This case is closed.

IT IS THEREFORE SO ORDERED.

ENTER:  December 17, 2009

    FOR THE COURT:

                                                                                                    s/ Jeanne E. Scott
                                                       JEANNE E. SCOTT
                                    UNITED STATES DISTRICT JUDGE